FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 30 2020

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Phillips<br>**Plaintiff(s)**<br><br>v.<br><br>The Life Property Management Services, LLC, et al<br>**Defendant(s)** | Case No. 1:20-CV-00812-SDG |

### Affidavit of Service

I, byron-wendell: phillips, certify that on the 15th day of July, 2020 a true and correct copy of the Amended Complaint was served, at the last known mailing address, upon (1) The Life Property Management Services, LLC; (2) Tonya Carter; (3) 3321 Peppertree Circle Decatur LLC; (4) REGISTERED AGENTS INC.; (5) Registered Agents Inc; (6) REGISTERED AGENTS INC; (7) NORTHWEST REGISTERED AGENT, LLC.; (8) Bill Havre; (9) QUICK DROP IMPOUNDING, TOWING & RECOVERY, INC.; (10) Tenesha Thomas; (11) Curtis McMurray; (12) DeKalb, County of; (13) Jeffrey L. Mann, Esq.; (14) James W. Conroy; (15) Officer Morgan; and (16) Officer Harris, Badge #3303 via deposit in the U.S. Mail. Each package included a true and correct copy of the Summons, Notice of a Lawsuit and Request to Waive Service of a Summons, 2 copies of the Waiver of the Service of Summons, a prepaid means of returning the Waiver of the Service of Summons, and a copy of Appendix B Pretrial Forms. Attached is Exhibit "A" comprised of a scanned copy of the Certified Mail Receipts. On the 21st day of July, 2020 the packages served upon (1) The

Life Property Management Services, LLC; and (2) Tonya Carter were retrieved from my mailing location for NSS (NO SUCH STREET ADDRESS). That particular street address was/is stated in the last lease document, Par. 9, l. 3; 7, p. 1, p. 13 PDF, July 11, 2019. The city name was stated as Tucker, Georgia and the 30083 zip code is a Stone Mountain, Georgia zip code. On the 22nd day of July, 2020 the summonses were amended and re-issued to reflect the change in the city name, and the packages were re-served upon those parties via deposit in the U.S. Mail. See Exhibit "B" for scanned copies of Certified Mail receipts and documentary proofs.



Sworn to and subscribed before me this 29th day of July, 2020.

_____
Notary Public

__Pherita J. Furcron__
Printed

_byron-wendell:phillips_ (signature)
byron-wendell:phillips
Sovereign Principal
non-negotiable autograph, all rights reserved
sui juris

3308 Peppertree Circle, Apt. D
Decatur, Georgia 30034
Cell: 678-596-3499
Email: hip123456@yahoo.co

EXHIBIT "A"

Service on July 15, 2020

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT** (Domestic Mail Only)

Receipt 1:
- STONE MOUNTAIN, GA 30083
- Certified Mail Fee: $3.55
- Extra Services & Fees: $2.85
  - ☑ Return Receipt (hardcopy): $0.00
  - ☐ Return Receipt (electronic): $0.00
  - ☐ Certified Mail Restricted Delivery: $0.00
  - ☑ Adult Signature Required: $0.00
  - ☐ Adult Signature Restricted Delivery: $0.00
- Postage: $8.70
- Total Postage and Fees: $15.10
- Postmark: 07/15/2020
- Sent To: The Life Property Management Services, LLC
- Street: 2853 Henderson Mill Rd.
- City, State, ZIP: Tucker, Georgia 30083

Receipt 2:
- STONE MOUNTAIN, GA 30083
- Certified Mail Fee: $3.55
- Extra Services & Fees: $2.85
  - ☑ Return Receipt (hardcopy): $0.00
  - ☐ Return Receipt (electronic): $0.00
  - ☐ Certified Mail Restricted Delivery: $0.00
  - ☑ Adult Signature Required: $0.00
  - ☐ Adult Signature Restricted Delivery: $0.00
- Postage: $8.70
- Total Postage and Fees: $15.10
- Postmark: 07/15/2020
- Sent To: Tonya Carter
- Street: 2853 Henderson Mill Rd.
- City, State, ZIP: Tucker, Georgia 30083

Receipt 3:
- ROSWELL, GA 30076
- Certified Mail Fee: $3.55
- Extra Services & Fees: $2.85
  - ☑ Return Receipt (hardcopy): $0.00
  - ☐ Return Receipt (electronic): $0.00
  - ☐ Certified Mail Restricted Delivery: $0.00
  - ☑ Adult Signature Required: $0.00
  - ☐ Adult Signature Restricted Delivery: $0.00
- Postage: $8.70
- Total Postage and Fees: $15.10
- Postmark: 07/15/2020
- Sent To: 3321 Peppertree Circle Decatur LLC
- Street: 300 Colonial Center Pkwy., STE 100N
- City, State, ZIP: Roswell, GA 30076

Receipt 4:
- ROSWELL, GA 30076
- Certified Mail Fee: $3.55
- Extra Services & Fees: $2.85
  - ☑ Return Receipt (hardcopy): $0.00
  - ☐ Return Receipt (electronic): $0.00
  - ☐ Certified Mail Restricted Delivery: $0.00
  - ☑ Adult Signature Required: $0.00
  - ☐ Adult Signature Restricted Delivery: $0.00
- Postage: $8.70
- Total Postage and Fees: $15.10
- Postmark: 07/15/2020
- Sent To: Registered Agents Inc
- Street: 300 Colonial Center Pkwy., STE 100N
- City, State, ZIP: Roswell, GA 30076
















EXHIBIT "B"

- 1 -

Service on July 22, 2020



- 1 -





- 3 -

## No Such Street Address

**GEORGIA APARTMENT ASSOCIATION**

Apartment Rental Contract

FORM VALID FOR GEORGIA APARTMENT ASSOCIATION MEMBERS ONLY

This Apartment Rental Contract is a lease between the Owner of the Apartment Community and the Residents who are leasing the apartment. The General Provisions of the lease which follow the signatures at the bottom of this page and any separate addenda signed by the parties are incorporated into and become part of this lease. Paragraph numbers on this page correspond to paragraph numbers in the General Provisions.

Lease Date: **July 11, 2019**
Management: **The Life Properties, LLC**
☐ Owner  ☒ Management Co. as agent for Owner
Apartment Community Name: **3321PeppertreeCircleDecaturLLC**
Apartment No: **3308-D**
Apartment Address: **3308 Peppertree Circle Apt D, Decatur, GA 30034**
Residents/Tenants: **Byron Phillips**

Other Occupants of Apartment: _____

**Par. 1.** Lease Term: **12** Months and ___ Days
Beginning Date: **10/01/2018**  Ending Date: **09/30/2019**
**Par. 3.** Rent Due Monthly: $ **695.00**
Pro Rated Rent Due at Lease Signing: $ _____
Dates of Prorated Rent: _____ to _____
Month to Month Fee: $ **200.00**
Rent is Payable to: **The Life at Peppertree Circle**
**Par. 4.** Late Fees and Insufficient Funds Fees:
Date on Which Rent Is Late: **5**
Amount of Late Fee: $ **100.00** or _____ % of Rent
Per Day Late Fee: $ **0.00** per day after _____ of the month
Returned or Insufficient Check Fee: ☒ Service Fee of $ **35.00** or ☐ 5% of Amount of Check plus ☐ Bank Service Fee of $ _____ (amount charged by bank to management for charge back)
**Par. 5.** Re-Key Lock Charge: $ **75.00**
Non-refundable Lease Fee: $ **195.00**
Security Deposit: $ _____
Bank Name: **Chase Bank** _____ (Where Security Deposit Kept)
**Par. 6.** How Much Notice Required To Non-Renew Lease Prior To End of Initial Lease Term: **60** Days
Renewal Period Notice Required to End Renewal Period: ☐ Month to Month (1 month at a time) Renewal ☒ Bi-Monthly (2 months at a time) Renewal
☐ 30 days to end Month to Month Renewal ☒ 60 days to end Bi-Monthly Renewal
**Par. 7.** Early Termination Option: Amount of Notice Required for Electing Early Termination: **60** Days Written Notice
**Par. 9.** Disclosure Notice of Owner or Managing Agent and Equal Housing Opportunity Policy
Name of Managing Agent or Owner: **The Life Property Management**
Address of Agent Authorized to Manage Apartment Community: **2853 Henderson Mill Rd, Tucker, GA 30083**
Name of Owner or Registered Agent Authorized to Receive Notices and Lawsuits: **The Life Property Management**
Address of Owner or Registered Agent Authorized to Receive Notices and Lawsuits: **2853 Henderson Mill Rd, Tucker, GA 30083**
Corporate Name of GREC Licensee: **The Life Property Management**
GREC Corporate License No.: **The Life Property Management**
**Par. 17.** Flood Disclosure: ☒ Not Applicable ☐ Apartment has been flooded previously
**Par. 34.** Special Stipulations: **Renter's Insurance is required to be maintained throughout the lease agreement and must be set up prior to move in. any lapse in coverage is a direct violation of lease agreement and management reserves the right to terminate lease agreement with a 30 day notice.**

**Signatures of Parties:**
Management:
**The Life Property Management**
Name of Owner or Management Company
By: *Sherhonda Gray*
Signature of Owner or Management Company
As: **Property Manager** (Title)

Residents:
Resident: **Byron Phillips**
*BYRON WENDELL PHILLIPS* (Resident Signature)
Resident: _____ (Resident Signature)
Resident: _____ (Resident Signature)
Resident: _____ (Resident Signature)

Copyright © 1/2018 - Atlanta Apartment Association, Inc. - Form ____
All Rights Reserved
☒ Blue Moon eSignature Services Document ID: 183147545
Page 1 of 9

- 4 -